GLENN T. HONDA, # 6046-0
glenn@rlchawaii.com
GEORGE C. ALEJANDRO, #7683-0
cesar@rlchawaii.com
Palm Wave Building
1260 Young Street, Suite 228
Honolulu, Hawai'i 96814
Tel. No. (808) 597-8886
Fax. No. (808) 597-8881

**Electronically Filed
FIRST CIRCUIT
1CCV-21-0001145
20-SEP-2021
11:51 AM
Dkt. 2 CMPS**

Attorneys for Plaintiff
CARYN TAKAHASHI

## IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

### STATE OF HAWAI'I

| | |
|---|---|
| CARYN TAKAHASHI,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and DOE GOVERMENT ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. _____<br>(Non-Vehicle Tort)<br><br>**COMPLAINT; SUMMONS** |

### COMPLAINT

Comes now Plaintiff CARYN TAKAHASHI above named, by and through her attorneys, Glenn T. Honda, and George C. Alejandro, for causes of action against Defendants, alleges and avers as follows:

1. At all times material to this Complaint, Plaintiff CARYN TAKAHASHI (hereinafter referred to as "Plaintiff" or "MS. TAKAHASHI"), is and was a resident of the City and County of Honolulu, State of Hawaii.

# EXHIBIT A

2. At all times material to this Complaint, Defendant SAFEWAY, INC. (hereinafter "Defendant" or "SAFEWAY") is and was a foreign for-profit corporation doing business in the State of Hawaii.

3. All events material to this Complaint occurred within the City and County of Honolulu, and within the jurisdiction of the Circuit Court of the First Circuit, State of Hawaii.

4. Plaintiff reviewed records of the Department of Commerce and Consumer Affairs in order to ascertain the true and full names and identities of all Defendants in this action, but has no further knowledge or information regarding the parties responsible and is unable to ascertain the identity of the Defendants in this action designated as JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10 and DOE GOVERNMENT ENTITIES 1-10 (hereinafter collectively referred to as "Doe Defendants"); said Defendants are sued hereunder under fictitious names for the reason that their true names and identities are unknown to Plaintiff except that they may be connected in some manner with Defendants and may be agents, servants, employees, employers, representatives, co-venturers, associates, or independent contractors of Defendants and/or were in some manner presently unknown to Plaintiff engaged in the activities alleged herein and/or were in some manner responsible for the injuries or damages to Plaintiff and their "true names, identities, capacities, activities, and/or responsibilities" are presently unknown to Plaintiff or his attorneys.

5. On or about September 22, 2019, MS. TAKAHASHI, was a customer at the SAFEWAY located at 91-1119 Keaunui Drive, Ewa Beach, Hawaii (the "Supermarket")

6. On or about September 22, 2019, the Supermarket was under the control and/or in the possession of Defendant SAFEWAY, INC.

7. As a possessor of land, Defendant SAFEWAY, INC. owes a duty of care to all persons which it should reasonably anticipate to be on its premises, such that said persons are not exposed to an unreasonable risk of harm.

8. On or about September 22, 2019, MS. TAKAHASHI was a person whom SAFEWAY, INC. reasonably should have expected to be on its premises.

9. On or about September 22, 2019, Defendant SAFEWAY, INC. breached its duty of care, by failing to properly design, clean, furnish, construct and/or maintain the walking surfaces and/or walking areas in the Supermarket, such that it thereby allowed said walking areas to pose an unreasonable risk of harm to the customers, including MS. TAKAHASHI.

10. Defendant SAFEWAY, INC. breach of its duty of care, as set forth herein, constituted negligence.

11. Due to Defendant SAFEWAY, INC.'s negligence, MS. TAKAHASHI slipped and fell on liquid left on the floor while on her way to the cashier's checkout counter.

12. As a direct and proximate cause of the negligence of Defendant SAFEWAY, INC.'s and/or one or more of the DOE DEFENDANTS, jointly and/or severally, MS. TAKAHASHI, suffered bodily injury, pain and suffering, emotional distress, past and future loss wages, medical and/or rehabilitative expenses and/or special damages and amounts to be proven at trial.

WHEREFORE, Plaintiff herein demands judgment against Defendants as follows:

A. General damages in amounts to be proven at the time of trial;

B.  Special damages in amounts which will be proved at trial;

C.  Attorney's fees, costs of suit, pre-judgment interest from the date of the accident, and such other and further relief as this Court deems just and proper.

DATED: Honolulu, Hawaii, September 20, 2021

/s/ George C. Alejandro
GLENN T. HONDA
GEORGE C. ALEJANDRO
Attorneys for Plaintiff
CARYN TAKAHASHI

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | SUMMONS<br>TO ANSWER CIVIL COMPLAINT | CASE NUMBER |
|---|---|---|
| PLAINTIFF<br>CARYN TAKAHASHI | VS. | DEFENDANT(S)<br>SAFEWAY, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and DOE GOVERMENT ENTITIES 1-10 |

PLAINTIFF'S NAME & ADDRESS, TEL. NO.

CARYN TAKAHASHI
c/o GLENN T. HONDA and GEORGE C. ALEJANDRO
Recovery Law Center
1260 Young Street, Suite 228
Honolulu, Hawaii 96814
Tel:(808) 597-8886

**TO THE ABOVE-NAMED DEFENDANT(S)**

You are hereby summoned and required to file with the court and serve upon

GLENN T. HONDA and GEORGE C. ALEJANDRO
1260 Young Street, Suite 228 Honolulu, Hawaii 96814                                                                         ,

plaintiff's attorney, whose address is stated above, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**THIS SUMMONS SHALL NOT BE PERSONALLY DELIVERED BETWEEN 10:00 P.M. AND 6:00 A.M. ON PREMISES NOT OPEN TO THE GENERAL PUBLIC, UNLESS A JUDGE OF THE ABOVE-ENTITLED COURT PERMITS, IN WRITING ON THIS SUMMONS, PERSONAL DELIVERY DURING THOSE HOURS.**

**A FAILURE TO OBEY THIS SUMMONS MAY RESULT IN AN ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DISOBEYING PERSON OR PARTY.**

The original document is filed in the Judiciary's electronic case management system which is accessible via eCourt Kokua at: http:/www.courts.state.hi.us

Effective Date of 28-Oct-2019
Signed by: /s/ Patsy Nakamoto
Clerk, 1st Circuit, State of Hawai'i



 In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the Circuit Court Administration Office on OAHU- Phone No. 808-539-4400, TTY 808-539-4853, FAX 539-4402, at least ten (10) working days prior to your hearing or appointment date.